| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Hinkle, Robert L. | 2. Court or Organization U.S. District Court, N.D. Fla. | 3. Date of Report ●5/15/2010 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Active

**5a. Report Type** (check appropriate type)

- [ ] Nomination.　　Date
- [ ] Initial　　[✓] Annual　　[ ] Final

**5b.** [ ] Amended Report

**6. Reporting Period**

01/01/2009
to
12/31/2009

**7. Chambers or Office Address**

111 N. Adams Street
Tallahassee, Florida 32301

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer＿＿＿＿＿＿＿＿＿＿＿＿＿＿ Date＿＿＿＿＿＿＿

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions.)

[✓] NONE (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|----------|------------------------------|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions.)

[✓] NONE (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 20 A 9: 50 FINANCIAL DISCLOSURE OFFICE

Hinkle, Robert L.

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Florida Law School | 9/24/09 -- 9/25/09 | Gainesville, FL | Judged moot court | Travel, food, and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital City Bank | A | Interest | J | T | | | | | |
| 2. Berkshire Hathaway | | None | O | T | | | | | |
| 3. Fidelity Natl Info Svs | A | Dividend | J | T | | | | | |
| 4. National Retail Pptys Inc. | E | Dividend | N | T | | | | | |
| 5. Crawford & Company Class B | | None | J | T | | | | | |
| 6. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 7. Flagler Holdings, Inc. | | None | J | U | | | | | |
| 8. International Flavors and Fragrances, Inc. | A | Dividend | J | T | | | | | |
| 9. Kimberly-Clark Corporation | A | Dividend | J | T | | | | | |
| 10. Bank NY Mellon Corp. | A | Dividend | K | T | | | | | |
| 11. Southern Company | A | Dividend | J | T | | | | | |
| 12. US Bancorp | A | Dividend | K | T | | | | | |
| 13. IRA (assets also listed separately) | E | Dividend | O | T | | | | | |
| 14. National Retail Pptys Inc (NNN) (in IRA) | D | Dividend | L | T | | | | | |
| 15. Diamonds Trust Series 1 (held in IRA) | D | Dividend | M | T | Buy (add'l) | 04/24/09 | K | | |
| 16. Midcap SPDR TR SER 1 (held in IRA) | B | Dividend | M | T | Buy (add'l) | 04/24/09 | J | | |
| 17. IRA 2 (asset also listed separately) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMCAP FUND (held in IRA 2) | A | Dividend | K | T | | | | | |
| 19. Merrill Lynch Cash/Money Fund | A | Interest | K | T | | | | | |
| 20. Merrill Lynch Cash/Money Fund (held in IRA) | A | Interest | L | T | | | | | |
| 21. St. Johns County Florida W&S matures 6/1/10 | B | Interest | L | T | | | | | |
| 22. Phoenix Home Life (life insurance) | D | Dividend | N | T | | | | | |
| 23. ISHARES S&P small cap 600 (in IRA) | B | Dividend | M | T | Buy (add'l) | 04/24/09 | K | | |
| 24. ISHARES MSCI EAFE Index Fund (in IRA) | D | Dividend | M | T | Buy (add'l) | 04/24/09 | K | | |
| 25. Allied Irsh Bks Spnd Adr | | None | J | T | | | | | |
| 26. Allscripts-Misys Health | | None | J | T | | | | | |
| 27. Avatar Hldgs Inc | | None | J | T | | | | | |
| 28. Bank of America Corp | A | Dividend | J | T | | | | | |
| 29. Brilliance China Spn Adr | | None | | | Sold | 11/24/09 | J | | |
| 30. Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 31. Cogdell Spencer Inc | A | Dividend | J | T | | | | | |
| 32. Cerner Corp Com | | None | J | T | | | | | |
| 33. Devry Inc Del | A | Dividend | J | T | | | | | |
| 34. El Paso Corporation | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Harris & Harris Group | | None | J | T | | | | | |
| 36. Keycorp New Com | A | Dividend | J | T | | | | | |
| 37. Lender Processing Serv-Inc | A | Dividend | J | T | | | | | |
| 38. Pulte Homes Inc Com | A | Dividend | J | T | | | | | |
| 39. Realty Incm CRP MD PV$1 | A | Dividend | J | T | | | | | |
| 40. Teco Energy Inc | A | Dividend | J | T | | | | | |
| 41. Toll Bros Inc Com | | None | J | T | | | | | |
| 42. USG Corp Com New | | None | J | T | | | | | |
| 43. Capital One Bk (CD) (in IRA) | C | Interest | | | Redeemed | 01/23/09 | L | | |
| 44. Huntington Natl Bk (CD) (in IRA) | C | Interest | | | Redeemed | 01/23/09 | L | | |
| 45. GE Money Bank (CD) (in IRA) | B | Interest | | | Redeemed | 12/30/09 | L | | |
| 46. IShares Barclys 1-3 Year Treas Index Fund (in IRA) | B | Interest | L | T | Buy | 04/21/09 | L | | |
| 47. Premier Bank | B | Interest | L | T | Open | 01/20/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544